**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BOBBY PIPKIN**                                                                             **PLAINTIFF**

**V.**                              **CASE NO.: 3:09CV00228 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                           **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #9) is GRANTED. The time is extended to, and including, May 20, 2010.

Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 22nd day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE